# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3779
LT Case No. 2021-CF-6583-A

_____

TYRONE FRAZIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

Matthew J. Metz, Public Defender, and Joseph Chloupek,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Christina Piotrowski, Assistant Attorney General, Daytona
Beach, for Appellee.

August 20, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____